UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Civil Case Number: 3:20-cv-00219-BJD-JBT

Kevin Wyatt,

              Plaintiff,

  v.

Hunter Warfield, Inc.,

             Defendant.

**NOTICE OF SETTLEMENT**

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 30, 2020

                                      Respectfully submitted,

                                      By: */s/ Matthew Fornaro*

                                      Matthew Fornaro, Esq.
                                      Florida Bar No. 0650641
                                      Matthew Fornaro, P.A.
                                      11555 Heron Bay Boulevard, Suite 200
                                      Coral Springs, FL 33076
                                      Telephone: (954) 324-3651
                                      Facsimile: (954) 248-2099
                                      E-mail: mfornaro@fornarolegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ *Matthew Fornaro*_____

      Matthew Fornaro, Esq.